IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAY 25 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:05CR138-S |
| v. | ) | [18 USC 1073] |
| | ) | |
| DI'MITRI RAY HENDERSON | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about March 9, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

DI'MITRI RAY HENDERSON,

traveled in interstate commerce with intent to avoid prosecution under the laws of the state of Alabama for a crime, namely, Theft by Deception, First Degree; Theft by Deception, Second Degree; Criminal Possession of a Forged Instrument, Second Degree; and, Criminal Possession of a Forgery Device; all of which are felonies under the laws of the state of Alabama, in violation of Title 18, United States Code, Section 1073.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Todd A. Brown
Assistant United States Attorney