FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 29 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:05-cr-00138-T |
| v. | ) | [18 USC 2314; |
| | ) | 18 USC 2] |
| | ) | |
| DI'MITRI RAY HENDERSON | ) | **SUPERSEDING INDICTMENT** |

The Grand Jury charges:

## COUNTS 1-86

From on or about January 9, 2005 continuing up to on or about February 23, 2005, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant,

DI'MITRI RAY HENDERSON,

while aiding and abetting Richard Rowe III, Joel Thoussaint, and others known and unknown to the Grand Jury, did fraudulently and willfully cause to be transported, transmitted, and transferred in interstate commerce from Montgomery, Alabama, to Cincinnati, Ohio, a falsely made, forged, altered and counterfeited security knowing the same to have been falsely made, forged, altered and counterfeited, to wit:

| Count | Amount | Date | Merchant Where Check Was Presented | Access Device Number | Check Number |
|---|---|---|---|---|---|
| 1 | $478.52 | 01/17/05 | Winn Dixie | 061104563 803067559211 | 5784 |
| 2 | $478.52 | 01/17/05 | Winn Dixie | 061104563 803067559211 | 6308 |
| 3 | $478.17 | 01/21/05 | Winn Dixie | 061112788 3299834855 | 6849 |
| 4 | $478.17 | 01/22/05 | Winn Dixie | 062203735 5990003727 | 6497 |
| 5 | $478.17 | 01/24/05 | Winn Dixie | 062203735 5990003727 | 6485 |

| Count | Amount | Date | Merchant Where Check Was Presented | Access Device Number | Check Number |
|---|---|---|---|---|---|
| 6 | $378.17 | 01/25/05 | Winn Dixie | 062203735  5990003727 | 6487 |
| 7 | $478.17 | 01/27/05 | Winn Dixie | 062203735  5990003727 | 5839 |
| 8 | $478.17 | 01/27/05 | Winn Dixie | 062203735  5990003727 | 5837 |
| 9 | $478.93 | 01/29/05 | Winn Dixie | 062203735  5990003727 | 7580 |
| 10 | $478.93 | 01/29/05 | Winn Dixie | 062203735  5990003727 | 7581 |
| 11 | $378.17 | 01/30/05 | Winn Dixie | 062203735  5990003727 | 5835 |
| 12 | $478.93 | 01/30/05 | Winn Dixie | 062203735  5990003727 | 7579 |
| 13 | $487.43 | 02/01/05 | Winn Dixie | 062000019  0033072043 | 576029 |
| 14 | $487.43 | 02/01/05 | Winn Dixie | 062000019  0033072043 | 576028 |
| 15 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 8880 |
| 16 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 7757 |
| 17 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 7758 |
| 18 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 8879 |
| 19 | $487.94 | 02/04/05 | Winn Dixie | 062000019  0033072043 | 9985 |
| 20 | $487.43 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 6548 |
| 21 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9981 |
| 22 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9982 |
| 23 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9983 |
| 24 | $487.43 | Unknown | Winn Dixie | 062000019  0033072043 | 576027 |
| 25 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8907 |
| 26 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8917 |
| 27 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8918 |
| 28 | $435.86 | 02/16/05 | Winn Dixie | 262275978  11000001091310 | 8979 |
| 29 | $435.86 | 02/16/05 | Winn Dixie | 262275978  11000001091310 | 8984 |
| 30 | $435.86 | 02/17/05 | Winn Dixie | 262275978  11000001091310 | 8982 |
| 31 | $435.86 | 02/17/05 | Winn Dixie | 262275978  11000001091310 | 8981 |
| 32 | $435.86 | 02/17/05 | Winn Dixie | 262275978  11000001091310 | 8983 |
| 33 | $435.86 | 02/18/05 | Winn Dixie | 262275978  11000001091310 | 9689 |
| 34 | $435.86 | 02/18/05 | Winn Dixie | 262275978  11000001091310 | 9690 |
| 35 | $435.86 | 02/18/05 | Winn Dixie | 262275978  11000001091310 | 8980 |
| 36 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 8864 |
| 37 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 8867 |
| 38 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 9685 |
| 39 | $435.86 | 02/20/05 | Winn Dixie | 262275978  11000001091310 | 8866 |
| 40 | $435.86 | 02/20/05 | Winn Dixie | 262275978  11000001091310 | 8868 |
| 41 | $435.86 | 02/21/05 | Winn Dixie | 262275978  11000001091310 | 9687 |
| 42 | $435.86 | 02/22/05 | Winn Dixie | 262275978  11000001091310 | 9686 |
| 43 | $435.86 | 02/22/05 | Winn Dixie | 262275978  11000001091310 | 9688 |
| 44 | $488.50 | 02/02/05 | Winn Dixie | 062203735  5990003727 | 9994 |

| Count | Amount | Date | Merchant Where Check Was Presented | Access Device Number | Check Number |
|---|---|---|---|---|---|
| 45 | $488.50 | 02/02/05 | Winn Dixie | 062203735  5990003727 | 9995 |
| 46 | $488.50 | 02/05/05 | Winn Dixie | 062203735  5990003727 | 9993 |
| 47 | $488.50 | 02/05/05 | Winn Dixie | 062203735  5990003727 | 7823 |
| 48 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 7924 |
| 49 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 7925 |
| 50 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 7927 |
| 51 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 7929 |
| 52 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 7931 |
| 53 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 7932 |
| 54 | $435.86 | 02/20/05 | Winn Dixie | 262275978  11000001091310 | 7928 |
| 55 | $435.86 | 02/20/05 | Winn Dixie | 262275978  11000001091310 | 7930 |
| 56 | $435.86 | 02/21/05 | Winn Dixie | 262275978  11000001091310 | 7926 |
| 57 | $417.43 | 01/30/05 | Winn Dixie | 062203735  5990003727 | 8666 |
| 58 | $417.43 | 01/30/05 | Winn Dixie | 062203735  5990003727 | 8665 |
| 59 | $487.43 | 02/01/05 | Winn Dixie | 062000019  0033072043 | 579353 |
| 60 | $487.50 | 02/02/05 | Winn Dixie | 062203735  5990003727 | 9948 |
| 61 | $488.50 | 02/02/05 | Winn Dixie | 062203735  5990003727 | 9089 |
| 62 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 9088 |
| 63 | $487.94 | 02/04/05 | Winn Dixie | 062000019  0033072043 | 9658 |
| 64 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9661 |
| 65 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9662 |
| 66 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8910 |
| 67 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8912 |
| 68 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8915 |
| 69 | $471.50 | 02/07/05 | Winn Dixie | 062000019  0033072043 | 8911 |
| 70 | $268.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1243 |
| 71 | $268.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1643 |
| 72 | $268.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1343 |
| 73 | $268.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1043 |
| 75 | $268.45 | 01/10/05 | Winn Dixie | 061104563  8030675592 | 127769 |
| 76 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 3276 |
| 77 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 3489 |
| 78 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1968 |
| 79 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 12400 |
| 80 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1969 |
| 81 | $278.45 | 01/10/05 | Winn Dixie | 061104563  8030675592 | 12398 |
| 82 | $392.50 | 01/12/05 | Winn Dixie | 061104563  8030675592 | 79876 |
| 83 | $392.50 | 01/13/05 | Winn Dixie | 061104563  8030675592 | 79878 |
| 84 | $492.50 | 01/16/05 | Winn Dixie | 061104563  8030675592 | 5645 |

| Count | Amount | Date | Merchant Where Check Was Presented | Access Device Number | | Check Number |
|---|---|---|---|---|---|---|
| 85 | $392.50 | 01/17/05 | Winn Dixie | 061104563 | 8030675592 | 79877 |
| 86 | $492.50 | 01/18/05 | Winn Dixie | 061104563 | 8030675592 | 5643 |

all in violation of Title 18, United States Code, Sections 2314 and 2.

### Forfeiture Allegation

A.  Counts 1 through 86 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for violation of Title 18, United States Code, Section 2314 as alleged in Counts 1 through 86 of this indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations alleged in Counts 1 through 86 of this Indictment.

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable

property. All in violation of Title 18, United States Code, Sections 2314 and 982.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
A. Clark Morris
Assistant United States Attorney