IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:05-cr-138-T</u> |
| | ) | |
| DI'MITRI RAY HENDERSON | ) | |

<u>MOTION TO DISMISS INDICTMENT</u>

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court to dismiss the Indictment, heretofore filed on May 25, 2005, in the above styled cause, on the following grounds, to wit:

SUPERSEDING INDICTMENT FILED ON JUNE 29, 2005.

Respectfully submitted this the 15th day of July, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T