IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-138-T |
| | ) | |
| DI'MITRI RAY HENDERSON | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed on May 25, 2005, in the above styled cause, and for good cause shown, SUPERSEDING INDICTMENT FILED ON JUNE 29, 2005, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE