UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                     )
        v.                     )          CR. NO.   2:05-cr-138-T   
                                       )
DI'MITRI RAY HENDERSON      )

O R D E R

      Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Oakland County Sheriff's Office/Oakland County Jail, Pontiac, MI, commanding them to deliver the said prisoner, DI'MITRI RAY HENDERSON, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10am on August 17, 2005, and to return said prisoner, to said official when the Court has finished with him.

      DONE this the _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE