UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-138-T |
| | ) | |
| DI'MITRI RAY HENDERSON | ) | |

**ORDER ON MOTION**

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum* (Doc. 10, filed July 29, 2005), construed as a motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, **ORDERED** that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Oakland County Sheriff's Office/Oakland County Jail, Pontiac, MI, commanding them to deliver the said prisoner, DI'MITRI RAY HENDERSON, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10am on August 17, 2005, and to return said prisoner, to said official when the Court has finished with him.

DONE this the 1st day of August, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE