UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:05-cr-138-T |
| | ) | |
| DI'MITRI RAY HENDERSON | ) | |

O R D E R ON MOTION

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed as a motion (Doc. 13, filed August 8, 2005), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the State of Michigan Department of Corrections, commanding them to deliver the said prisoner, DI'MITRI RAY HENDERSON, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10am on September 21, 2005, and to return said prisoner, to said official when the Court has finished with him.

DONE this the 9th day of August, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE