FILED
SEP - 8 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-0138-T |
| | ) | [18 USC 2314; |
| DI'MITRI RAY HENDERSON, | ) | 18 USC 2] |
| RICHARD CARL ROWE, III, and | ) | |
| JOEL THOUSSAINT | ) | SUPERSEDING INDICTMENT |

**The Grand Jury charges:**

## COUNTS 1-48

From on or about January 9, 2005 continuing up to on or about February 23, 2005, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant,

DI'MITRI RAY HENDERSON,

did fraudulently and willfully cause to be transported, transmitted, and transferred in interstate commerce from Montgomery, Alabama, to Cincinnati, Ohio, a falsely made, forged, altered and counterfeited security knowing the same to have been falsely made, forged, altered and counterfeited, to wit:

| Count | Amount | Date | Merchant Where Check Was Presented | Check Routing and Account Number | Check Number |
|---|---|---|---|---|---|
| 1 | $268.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1243 |
| 2 | $268.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1643 |
| 3 | $268.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1343 |
| 4 | $268.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1043 |
| 5 | $268.45 | 01/10/05 | Winn Dixie | 061104563  8030675592 | 127769 |
| 6 | $478.52 | 01/17/05 | Winn Dixie | 061104563  803067559211 | 5784 |
| 7 | $478.52 | 01/17/05 | Winn Dixie | 061104563  803067559211 | 6308 |
| 8 | $478.17 | 01/21/05 | Winn Dixie | 061112788  3299834855 | 6849 |
| 9 | $478.17 | 01/22/05 | Winn Dixie | 062203735  5990003727 | 6497 |

| Count | Amount | Date | Merchant Where Check Was Presented | Check Routing and Account Number | Check Number |
|---|---|---|---|---|---|
| 10 | $478.17 | 01/24/05 | Winn Dixie | 062203735  5990003727 | 6485 |
| 11 | $378.17 | 01/25/05 | Winn Dixie | 062203735  5990003727 | 6487 |
| 12 | $478.17 | 01/27/05 | Winn Dixie | 062203735  5990003727 | 5839 |
| 13 | $478.17 | 01/27/05 | Winn Dixie | 062203735  5990003727 | 5837 |
| 14 | $478.93 | 01/29/05 | Winn Dixie | 062203735  5990003727 | 7580 |
| 15 | $478.93 | 01/29/05 | Winn Dixie | 062203735  5990003727 | 7581 |
| 16 | $378.17 | 01/30/05 | Winn Dixie | 062203735  5990003727 | 5835 |
| 17 | $478.93 | 01/30/05 | Winn Dixie | 062203735  5990003727 | 7579 |
| 18 | $487.43 | 02/01/05 | Winn Dixie | 062000019  0033072043 | 576029 |
| 19 | $487.43 | 02/01/05 | Winn Dixie | 062000019  0033072043 | 576028 |
| 20 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 8880 |
| 21 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 7757 |
| 22 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 7758 |
| 23 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 8879 |
| 24 | $487.94 | 02/04/05 | Winn Dixie | 062000019  0033072043 | 9985 |
| 25 | $487.43 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 6548 |
| 26 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9981 |
| 27 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9982 |
| 28 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9983 |
| 29 | $487.43 | 02/02/05 | Winn Dixie | 062000019  0033072043 | 576027 |
| 30 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8907 |
| 31 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8917 |
| 32 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8918 |
| 33 | $435.86 | 02/16/05 | Winn Dixie | 262275978  11000001091310 | 8979 |
| 34 | $435.86 | 02/16/05 | Winn Dixie | 262275978  11000001091310 | 8984 |
| 35 | $435.86 | 02/17/05 | Winn Dixie | 262275978  11000001091310 | 8982 |
| 36 | $435.86 | 02/17/05 | Winn Dixie | 262275978  11000001091310 | 8981 |
| 37 | $435.86 | 02/17/05 | Winn Dixie | 262275978  11000001091310 | 8983 |
| 38 | $435.86 | 02/18/05 | Winn Dixie | 262275978  11000001091310 | 9689 |
| 39 | $435.86 | 02/18/05 | Winn Dixie | 262275978  11000001091310 | 9690 |
| 40 | $435.86 | 02/18/05 | Winn Dixie | 262275978  11000001091310 | 8980 |
| 41 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 8864 |
| 42 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 8867 |
| 43 | $435.86 | 02/19/05 | Winn Dixie | 262275978  11000001091310 | 9685 |
| 44 | $435.86 | 02/20/05 | Winn Dixie | 262275978  11000001091310 | 8866 |
| 45 | $435.86 | 02/20/05 | Winn Dixie | 262275978  11000001091310 | 8868 |
| 46 | $435.86 | 02/21/05 | Winn Dixie | 262275978  11000001091310 | 9687 |
| 47 | $435.86 | 02/22/05 | Winn Dixie | 262275978  11000001091310 | 9686 |

| Count | Amount | Date | Merchant Where Check Was Presented | Check Routing and Account Number | Check Number |
|---|---|---|---|---|---|
| 48 | $435.86 | 02/22/05 | Winn Dixie | 262275978  11000001091310 | 9688 |

all in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNTS 49-72

From on or about January 9, 2005 continuing up to on or about February 21, 2005, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant,

DI'MITRI RAY HENDERSON,
RICHARD CARL ROWE, III,

while aiding and abetting one another, and others known and unknown to the Grand Jury, did fraudulently and willfully cause to be transported, transmitted, and transferred in interstate commerce from Montgomery, Alabama, to Cincinnati, Ohio, a falsely made, forged, altered and counterfeited security knowing the same to have been falsely made, forged, altered and counterfeited, to wit:

| Count | Amount | Date | Merchant Where Check Was Presented | Check Routing and Account Number | Check Number |
|---|---|---|---|---|---|
| 49 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 3276 |
| 50 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 3489 |
| 51 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1968 |
| 52 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 12400 |
| 53 | $278.45 | 01/09/05 | Winn Dixie | 061104563  8030675592 | 1969 |
| 54 | $278.45 | 01/10/05 | Winn Dixie | 061104563  8030675592 | 12398 |
| 55 | $392.50 | 01/12/05 | Winn Dixie | 061104563  8030675592 | 79876 |
| 56 | $392.50 | 01/13/05 | Winn Dixie | 061104563  8030675592 | 79878 |
| 57 | $492.50 | 01/16/05 | Winn Dixie | 061104563  8030675592 | 5645 |
| 58 | $392.50 | 01/17/05 | Winn Dixie | 061104563  8030675592 | 79877 |
| 59 | $492.50 | 01/18/05 | Winn Dixie | 061104563  8030675592 | 5643 |
| 60 | $488.50 | 02/02/05 | Winn Dixie | 062203735  5990003727 | 9994 |
| 61 | $488.50 | 02/02/05 | Winn Dixie | 062203735  5990003727 | 9995 |

| Count | Amount | Date | Merchant Where Check Was Presented | Check Routing and Account Number | Check Number |
|---|---|---|---|---|---|
| 62 | $488.50 | 02/05/05 | Winn Dixie | 062203735 5990003727 | 9993 |
| 63 | $488.50 | 02/05/05 | Winn Dixie | 062203735 5990003727 | 7823 |
| 64 | $435.86 | 02/19/05 | Winn Dixie | 262275978 11000001091310 | 7924 |
| 65 | $435.86 | 02/19/05 | Winn Dixie | 262275978 11000001091310 | 7925 |
| 66 | $435.86 | 02/19/05 | Winn Dixie | 262275978 11000001091310 | 7927 |
| 67 | $435.86 | 02/19/05 | Winn Dixie | 262275978 11000001091310 | 7929 |
| 68 | $435.86 | 02/19/05 | Winn Dixie | 262275978 11000001091310 | 7931 |
| 69 | $435.86 | 02/19/05 | Winn Dixie | 262275978 11000001091310 | 7932 |
| 70 | $435.86 | 02/20/05 | Winn Dixie | 262275978 11000001091310 | 7928 |
| 71 | $435.86 | 02/20/05 | Winn Dixie | 262275978 11000001091310 | 7930 |
| 72 | $435.86 | 02/21/05 | Winn Dixie | 262275978 11000001091310 | 7926 |

all in violation of Title 18, United States Code, Sections 2314 and 2.

### COUNTS 73-85

From on or about January 30, 2005 continuing up to on or about February 7, 2005, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant,

DI'MITRI RAY HENDERSON,
JOEL THOUSSAINT,

while aiding and abetting one another, and others known and unknown to the Grand Jury, did fraudulently and willfully cause to be transported, transmitted, and transferred in interstate commerce from Montgomery, Alabama, to Cincinnati, Ohio, a falsely made, forged, altered and counterfeited security knowing the same to have been falsely made, forged, altered and counterfeited, to wit:

| Count | Amount | Date | Merchant Where Check Was Presented | Check Routing and Account Number | Check Number |
|---|---|---|---|---|---|
| 73 | $417.43 | 01/30/05 | Winn Dixie | 062203735 5990003727 | 8666 |
| 74 | $417.43 | 01/30/05 | Winn Dixie | 062203735 5990003727 | 8665 |
| 75 | $487.43 | 02/01/05 | Winn Dixie | 062000019 0033072043 | 579353 |
| 76 | $487.50 | 02/02/05 | Winn Dixie | 062203735 5990003727 | 9948 |

4

| Count | Amount | Date | Merchant Where Check Was Presented | Check Routing and Account Number | Check Number |
|---|---|---|---|---|---|
| 77 | $488.50 | 02/02/05 | Winn Dixie | 062203735  5990003727 | 9089 |
| 78 | $488.50 | 02/03/05 | Winn Dixie | 062203735  5990003727 | 9088 |
| 79 | $487.94 | 02/04/05 | Winn Dixie | 062000019  0033072043 | 9658 |
| 80 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9661 |
| 81 | $487.94 | 02/05/05 | Winn Dixie | 062000019  0033072043 | 9662 |
| 82 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8910 |
| 83 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8912 |
| 84 | $471.50 | 02/06/05 | Winn Dixie | 062000019  0033072043 | 8915 |
| 85 | $471.50 | 02/07/05 | Winn Dixie | 062000019  0033072043 | 8911 |

all in violation of Title 18, United States Code, Sections 2314 and 2.

## Forfeiture Allegation

A.   Counts 1 through 85 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for violation of Title 18, United States Code, Section 2314 as alleged in Counts 1 through 85 of this indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property which constitutes and is derived from proceeds traceable to a violation as alleged in Counts 1 through 85 of this Indictment.

C.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

5

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property. All in violation of Title 18, United States Code, Sections 2314 and 982.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Todd A. Brown
Assistant United States Attorney