IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cr. No. 2:05-cr-00138-001-T |
| ) | |
| DI'MITRI RAY HENDERSON,   ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for September 21, 2005, in the above-styled case.

You are DIRECTED to produce the following named prisoner: **DI'MITRI RAY HENDERSON** before the United States District Court at Courtroom 5B, on the September 21, 2005, at 10:00 a.m.

DONE, this the 13th day of September, 2005.

DELORES BOYD
UNITED STATES MAGISTRATE JUDGE

By: /s/ ~~Deputy Clerk~~

cc:   Di'Mitri Ray Henderson
United States Attorney
United States Pretrial Services
United States Probation Office