IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-138-T |
| | ) | |
| DI'MITRI RAY HENDERSON | ) | |

## MOTION TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court to dismiss the Superseding Indictment, heretofore filed on June 29, 2005, in the above styled cause, on the following grounds, to wit:

SUPERSEDING INDICTMENT FILED ON SEPTEMBER 8, 2005.

Respectfully submitted this the 8th day of September, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T