**COURTROOM DEPUTY'S MINUTES**          **DATE:** September 21, 2005
**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING:** 10:54 - 11:08

√ **ARRAIGNMENT**     ❑ **CHANGE OF PLEA**     ❑ **CONSENT PLEA**
❑ **RULE 44(c) HEARING**     ❑ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker          **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr138-T          **DEFENDANT NAME:** Di'Mitri Ray Henderson
**AUSA:** Tommie Hardwick          **DEFENDANT ATTORNEY:** Donnie Bethel
 standing in for Todd Brown          Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
          ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❑ **WAIVER OF INDICTMENT** executed and filed.
❑ **INFORMATION** filed.
❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**      √ **Not Guilty**
     ❑ Guilty as to:
          ❑ Count(s):
          ❑ Count(s):          ❑ dismissed on oral motion of USA
                                        ❑ to be dismissed at sentencing
❑ Written plea agreement filed    ❑ **ORDERED SEALED**
❑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:** 1/23/06          √ **WAIVER OF SPEEDY TRIAL** filed.
          **DISCOVERY DISCLOSURE DATE:** 9/21/05
❑ **ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:
     ❑ Trial on _____; ❑ Sentencing on _____
❑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
     ❑ Trial on _____; or ❑ Sentencing on _____
❑ Rule 44 Hearing:   ❑ Waiver of Conflict of Interest Form executed
          ❑ Defendant requests time to secure new counsel