# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern  ☐ Southern  ☐ Eastern

HON. Delores R. Boyd   AT Montgomery, Alabama
DATE COMMENCED 10-17-2005 @ 11:07 ☒ a.m. ☐ p.m
DATE COMPLETED 10-17-2005 @ 11:15 ☒ a.m. ☐ p.m

CASE NO. 2:05CR138-T

UNITED STATES OF AMERICA vs. DI'MITRI RAY HENDERSON

Plaintiff(s) / Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government:** ~~Brown~~ Morris

**Defendant(s):** Donnie Bethel — Butler

## COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: _____
Law Clerk: _____
Interpreter: _____
USPO/USPTS: _____
Other: _____

## PROCEEDINGS:

- ☐ Motion Hearing:
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other _____
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

☒ **Pretrial Conference**
Pending Motions: None
Discovery Status: Complete
Plea Status: _____
Trial Status/Length: 3½ Day
Trial Term: 1-23-06