IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:05-CR-138-T |
| | ) | |
| DIMITRI RAY HENDERSON | ) | |

**<u>PRETRIAL CONFERENCE ORDER</u>**

Appearing at the initial pretrial conference on October 17, 2005, before the undersigned Magistrate Judge, were Assistant Federal Defender Kevin Butler, standing in for defense counsel, Donnie W. Bethel, Assistant Federal Defender and Assistant United States Attorney A. Clark Morris, standing in for Assistant United States Attorney Todd Brown, government counsel. After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **January 23, 2006.** The trial of this case is set for the **trial term commencing on January 23, 2006**, before United States District Judge Myron H. Thompson and is expected to last three and one-half days.

2. There are no motions currently pending.

3. Proposed **voir dire questions** shall be filed on or before **January 17, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **January 17, 2006.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the

motion.

5.  **Proposed jury instructions** shall be filed on or before **January 17, 2006**.

6.  The last day on which the court will entertain a **plea pursuant to Rule 11(c) (1)(A) or (C)** plea is **January 17, 2006**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on January 23, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on January 23, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 17th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE