IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-138-T |
| | ) | |
| DI'MITRI RAY HENDERSON | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed October 31, 2005, and for good cause, it ORDERED that the motion is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of DI'MITRI RAY HENDERSON to Secret Service Special Agents Leighton Greenlee and/or Marty Johnson, and/or Montgomery Police Department Officers Brooke Henderson and/or Wayne Gaskin, on October 31, 2005, through March 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agents Leighton Greenlee, Marty Johnson, Brooke Henderson and/or Wayne Gaskin return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of _____ , 2005.

_____
UNITED STATES MAGISTRATE JUDGE