IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-138-T |
| ) | |
| DI'MITRI RAY HENDERSON ) | |

**UNOPPOSED MOTION TO CONTINUE**

**COMES NOW** the defendant, Di'Mitri Ray Henderson, by and through the undersigned counsel and moves this Honorable court for an order continuing the above-styled case on the following grounds:

1. Defendant's plea hearing is scheduled for January 17, 2006 and the trial is currently scheduled for January 23, 2006.

2. Counsel for the Defendant has been negotiating a plea agreement with the Government. Additional time is required to finalize the agreement and for the Defendant to comply with the terms of the plea agreement.

3. The United States, through Assistant United States Attorney Todd Brown, has no opposition to a continuance.

4. The Defendant and defense counsel fully expect this case to resolve itself via negotiated plea of guilty.

5. A *Waiver of Speedy Trial*, pursuant to *Title 18 United States Code §3161*, was filed with this Court on September 21, 2005.

**RESPECTFULLY SUBMITTED** this the 12th day of January, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-138-T |
| | ) | |
| **DI'MITRI RAY HENDERSON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49