IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
<u>          NORTHERN          </u> DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. <u>2:05-cr-138-T</u> |
| <u>DI'MITRI RAY HENDERSON</u> | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, <u>Di'Mitri Ray Henderson</u>, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

<u>  01-18-2006  </u>                      <u>/s/ Di'Mitri Henderson</u>
DATE                                    DEFENDANT

                                        <u>/s/ Jennifer R. Hart</u> for Donnie Bethel
                                        ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-138-T |
| ) | |
| DI'MITRI RAY HENDERSON ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49