COURTROOM DEPUTY'S MINUTES        DATE: 2-6-2006
MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDING: 12:02 – 12:30 pm
                                  COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT              ☑ CHANGE OF PLEA        ☐ CONSENT PLEA
☐ RULE 44(c) HEARING       ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB       DEPUTY CLERK: sql
CASE NUMBER: 2:05CR138-LSC      DEFENDANT NAME: DI'MITRI RAY HENDERSON
AUSA: Brown                     DEFENDANT ATTORNEY: Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:     ☐ Not Guilty
          ☑ Guilty as to:
              ☑ Count(s): 1s
              ☑ Count(s): 2-85    ☐ dismissed on oral motion of USA
                                  ☑ to be dismissed at sentencing
☑ Written plea agreement filed   ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1s
☐ CRIMINAL TERM:          ☐ WAIVER OF SPEEDY TRIAL filed.
                DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
          ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
          ☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel