IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.    )<br>)<br>DI'MITRI RAY HENDERSON,  )<br>RICHARD CARL ROWE, III, and  )<br>JOEL THOUSSAINT  ) | CASE NO. 2:05cr138-T |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Forfeiture Allegation is hereby stricken from the superseding indictment returned September 8, 2005.

    DONE this ____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE