IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:05cr138-MHT |
| **Di'MITRI RAY HENDERSON**   ) | |

## ORDER

It is ORDER that defendant Di'Mitri Ray Henderson's motion for jail-time credit (Doc. No. 128) is denied without prejudice. What jail-time credit defendant Henderson should receive, if any, should be first addressed to the Bureau of Prisons.

DONE, this the 8th day of March, 2007.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE