Dimitri Ray Henderson 11739-002
Federal Detention Center
P.O. Box 1000
Milan, M I 48160

RECEIVED

2007 MAR 13 A 9:07

DERA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Thursday, March 08, 2007

Honorable L. Scott Coogler
United States Courthouse
One Church Street
Montgomery, AL 36103

Honorable L. Scott Coogler:

I'm writing this letter to ask if I could receive the jail credit for the time I spent in Montgomery City Jail while I was going through my court procedures, I was incarcerated in Montgomery City Jail from September 14, 2005 to June 13, 2006, which is approximately nine months. I was sentence on June 08, 2006, to 12 months and 1 day for one count of 18 USC § 2314 Transportation of Counterfeit Securities.

I hope you can be of help to this matter; if not, please tell me what I can do to correct this situation. Thank you for your time and understanding, I look forward to your response.

Respectfully,
Dimitri R. Henderson