IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr138-MHT |
| **Di'MITRI RAY HENDERSON** | ) | |

## ORDER

It is ORDERED that defendant Di'Mitri Ray Henderson's motion for jail-time credit (Doc. No. 131) is denied without prejudice. What jail-time credit defendant Henderson should receive, if any, should be first addressed to the Bureau of Prisons.

DONE, this the 15th day of March, 2007.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**