Case 2:05-cr-00138-LSC-DRB   Document 99   Filed 06/12/2006   Page 2 of 6
Case 2:05-cr-00138-MHT-TFM   Document 133   Filed 04/30/2007   Page 1 of 1
AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: DI'MITRI RAY HENDERSON
Case Number: 2:05-CR-138-LSC

RECEIVED

## IMPRISONMENT

2007 APR 27 P 3: 57

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWELVE (12) months and ONE (1) day as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be housed as close as possible to his family in Montgomery, AL.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

APR 30 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _23 April '7_ to _FCI TDG_ at _Talladega Alabama_, with a certified copy of this Judgment.

_D.B. Drew, Warden_
United States Marshal

By _S. Stokes, UE_
Deputy Marshal