| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:05CR138-MHT |
|---|---|---|
| **TRANSFER OF JURISDICTION** RECEIVED | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE 2008 SEP -5 A II: 26 Di'Mitri Ray Henderson DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA | DISTRICT Middle District of Alabama | DIVISION Northern |
| | NAME OF SENTENCING JUDGE Honorable L. Scott Coogler | |
| | DATES OF PROBATION/ SUPERVISED RELEASE Supervised Release | FROM 02/15/2008 | TO 02/14/2011 |

| OFFENSE |
|---|
| Transportation of Counterfeited Securities |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Alabama_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Eastern District of Michigan_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/6/2008_  
Date

_[signature]_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____Michigan_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_13 Aug 08_  
Effective Date

_[signature]_  
United States District Judge