IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:05cr138-MHT** |
| | ) | **(WO)** |
| **DI'MITRI RAY HENDERSON** | ) | |

OPINION AND ORDER

Defendant filed a motion to amend the judgment in his criminal case, contending that he could not be held jointly and severally liable with his co-defendants for any part of the victim's losses. This case is before the court on the recommendation of the United States Magistrate Judge that defendant's motion to amend the judgment be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 179) is adopted.

(2) The motion to amend the judgment (Doc. 173) is denied.

DONE, this the 9th day of May, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE